UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:10CR330 HEA |
| RICHARD R. RIPLEY, | ) ) ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that on oral motion of Defendant, the sentencing hearing previously set in this matter for Monday, March 21, 2011, is reset to Tuesday, March 22, 2011, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 16th day of March, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE